UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

_____

NIKI ROBINSON AND PATRICK TOMLINSON,

   *Plaintiffs,*

   *v.*                                                 Case No: 2:24-cv-264

CITY OF MILWAUKEE AND LYNDON EVANS,

   *Defendants.*

_____

## DISCLOSURE STATEMENT
_____

The undersigned, counsel of record for Plaintiffs Niki Robinson and Patrick Tomlinson, furnish the following list in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1:

| | |
|---|---|
| Parties Represented in this Action: | Niki Robinson and Patrick Tomlinson |
| Law Firms to Appear for this Party: | Strang Bradley, LLC |

Respectfully submitted,

Dated: February 28, 2024

/s/ James Odell
James Odell
  Wisconsin Bar No. 1131587
STRANG BRADLEY, LLC
613 Williamson St., Ste. 204
Madison, WI 53703
(608) 535-1550
James@StrangBradley.com

Attorneys for Plaintiff