UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

NIKI ROBINSON AND
PATRICK TOMLINSON,

    *Plaintiffs,*

    v.                                           Case No: 2:24-cv-264

CITY OF MILWAUKEE AND
LYNDON EVANS,

    *Defendants.*

---

## NOTICE OF APPEARANCE OF JOHN H. BRADLEY

---

PLEASE TAKE NOTICE that Strang Bradley, LLC, by John H. Bradley, has been retained as counsel for Niki Robinson and Patrick Tomlinson in the above-captioned action and hereby requests that all pleadings and other documents to be filed with the Court be served on counsel via the ECF Filing System.

Dated at Madison, Wisconsin, February 28, 2024.

                                          STRANG BRADLEY, LLC

                                          /s/ John H. Bradley
                                          John H. Bradley
                                            Wisconsin Bar No. 1053124
                                          STRANG BRADLEY, LLC
                                          613 Williamson St., Ste. 204
                                          Madison, WI 53703
                                          (608) 535-1550
                                          John@StrangBradley.com

1