UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

Niki Robinson and
Patrick Tomlinson,

    *Plaintiffs,*

    v.

City of Milwaukee And
Lyndon Evans,                           Case No: 2:24-cv-264

    *Defendants.*

## NOTICE OF APPEARANCE OF WILLIAM E. GRAU

PLEASE TAKE NOTICE that Strang Bradley, LLC, by William E. Grau, has been retained as counsel for Niki Robinson and Patrick Tomlinson in the above-captioned action and hereby requests that all pleadings and other documents to be filed with the Court be served on counsel via the ECF Filing System.

Dated at Madison, Wisconsin, February 28, 2024.

                              Strang Bradley, LLC

                              /s/ William E. Grau
                              William E. Grau
                                Wisconsin Bar No. 1117724
                              Strang Bradley, LLC
                              613 Williamson St., Suite 204
                              Madison, WI 53703
                              (608) 535-1550
                              William@StrangBradley.com