UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

NIKI ROBINSON and PATRICK TOMLINSON,

    Plaintiffs,

v.    Case No. 24-CV-00264

CITY OF MILWAUKEE and LYNDON EVANS,

    Defendants.

---

## NOTICE OF APPEARANCE

---

PLEASE TAKE NOTICE that the City Attorney, Tearman Spencer, by Assistant City Attorney Maria Mesoloras, represents and appears for the Defendants City of Milwaukee and Lyndon Evans, in the above-entitled action, and demands that copies of all proceedings subsequent to the summons and complaint herein be served at our office, at Suite 800 City Hall, 200 East Wells Street, Milwaukee, Wisconsin 53202-3551.

Dated and signed at Milwaukee, Wisconsin this 19th day of March, 2024.

    TEARMAN SPENCER
    City Attorney

    s/*Maria Mesoloras*
    MARIA MESOLORAS
    Assistant City Attorney
    State Bar No. 1098921
    *Attorneys for Defendants*
    *City of Milwaukee and Lyndon Evans*

**P.O. ADDRESS:**
200 East Wells Street
City Hall 800
Milwaukee, WI 53202
414-286-2601 – Telephone
414-286-8550 – Facsimile
Email: mmesol@milwaukee.gov
1032-2024-394/290407