# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

NIKI ROBINSON and PATRICK TOMLINSON,

    Plaintiffs,

v.

CITY OF MILWAUKEE and LYNDON EVANS,

    Defendants.

Case No. 24-CV-264-JPS

**SCHEDULING ORDER**

In order that the above-captioned litigation—now pending since February 2024—be brought to conclusion, the following dates have been set:

**INTERIM SETTLEMENT REPORT:** Friday, November 15, 2024

**DISPOSITIVE MOTIONS:** Friday, December 20, 2024

Unless otherwise specified, the parties should follow the standard deadlines as set by the Federal Rules of Civil Procedure and the local rules. Motions for extensions of time will not be looked upon favorably. The parties and their counsel are bound by the dates set herein, and no extensions or continuances will be granted without good cause shown.

Dated at Milwaukee, Wisconsin, this 2nd day of April, 2024.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge