UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

NIKI ROBINSON and PATRICK TOMLINSON,

    Plaintiffs,

v.        Case No. 24-CV-00264

CITY OF MILWAUKEE, LYNDON EVANS,
CHRISTIAN GARRIDO, BRADLEY ORLANDO,
NICOLE PLEVAK, JOHN KOHLER,
JACOB WASECHEK, FIDAH MUSTAFA,
NATHANIEL PETERSEN, SEAN CARLETON,
and PAUL VENTO

    Defendants.

---

### DEFENDANTS' NOTICE OF MOTION TO DISMISS

---

NOW COMES Defendants by and through their attorneys City Attorney Evan C. Goyke, Assistant City Attorney William Hotchkiss, and Assistant City Attorney Maria Mesoloras, who respectfully move this Court, pursuant to Fed. R. Civ. P. 12(b)(6), for an Order dismissing all claims against them. As grounds therefor, Defendants submit the attached "Brief in Support of Defendants' Motion to Dismiss Under Fed. R. Civ. P. 12(B)(6)."

Dated and signed at Milwaukee, Wisconsin this 1st day of August, 2024.

        EVAN C. GOYKE
        City Attorney

ADDRESS:
800 City Hall
200 East Wells Street
Milwaukee, WI 53202
Telephone: (414) 286-2601
Fax: (414) 286-8014
Email: mmesol@milwaukee.gov
       whotch@milwaukee.gov
1032-2024-394/291463

/s/ Maria Mesoloras
MARIA MESOLORAS
Assistant City Attorney
State Bar No. 1098921
WILLIAM HOTCHKISS
Assistant City Attorney
State Bar No. 1112878
*Attorneys for the Defendants*