UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

NIKI ROBINSON and PATRICK TOMLINSON,

                        Plaintiffs,

v.                                                           Case No. 24-CV-00264

CITY OF MILWAUKEE, LYNDON EVANS,
CHRISTIAN GARRIDO, BRADLEY ORLANDO,
NICOLE PLEVAK, JOHN KOHLER,
JACOB WASECHEK, FIDAH MUSTAFA,
NATHANIEL PETERSEN, SEAN CARLETON,
and PAUL VENTO,

                        Defendants.
_____

## DEFENDANTS' MOTION TO SEAL EXHIBIT A
_____

      NOW COME Defendants, Fidah Mustafa, John Kohler, Nicole Plevak, Bradley Orlando, Nathaniel Petersen, Sean Carleton, Christian Garrido, City of Milwaukee, Lyndon Evans, Paul Vento, and Jacob Wasechek, by counsel, Evan C. Goyke, City Attorney, by William Hotchkiss, Assistant City Attorney, pursuant to General L.R. 79 moves the Court to seal Exhibit A – Police Reports (attached to Defendants' Brief in Support of Motion to Dismiss), based upon the following grounds:

      1.     On August 1st, 2024, in support of Defendants' Motion to Dismiss, Defendants attached relevant police reports.

      2.     The circumstances, as apparent in Plaintiff's complaint and amended complaint, regarding Plaintiff's case stem from seemingly anonymous actors using information about Plaintiff's circumstances in a continued effort of harassment.

3. While the police reports have been redacted, Defendants seek to seal their disclosure to case participants out of an abundance of caution, and to prevent these anonymous actors from more information regarding Plaintiff, Defendants, and the underlying facts of the ongoing legal dispute.

4. Immediate sealing and suppression of this document will not prejudice Plaintiff, will not interfere with the court's adjudication of the above action, and is warranted given the unique circumstances.

5. For these reasons, Defendants request that the court find good cause to seal Exhibit A of Defendants' Motion to Dismiss.

Dated and signed at Milwaukee, Wisconsin this 2nd day of August, 2024.

EVAN C. GOYKE
City Attorney

s/ *William Hotchkiss*
WILLIAM HOTCHKISS
Assistant City Attorney
State Bar No. 1112878
whotch@milwaukee.gov
*Attorney for Defendants*

**P.O. ADDRESS:**
200 East Wells Street
City Hall 800
Milwaukee, WI 53202
414-286-2601 – Telephone
414-286-8550 – Facsimile

1032-2024-394:292674