UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

NIKI ROBINSON AND
PATRICK TOMLINSON,

    *Plaintiffs,*

    v.                                    Case No: 2:24-cv-264

CITY OF MILWAUKEE, ET AL.,

    *Defendants.*

## NOTICE OF APPEARANCE OF R. RICK RESCH

PLEASE TAKE NOTICE that Strang Bradley, LLC, by R. Rick Resch, has been retained as counsel for Niki Robinson and Patrick Tomlinson in the above-captioned action and hereby requests that all pleadings and other documents to be filed with the Court be served on counsel via the ECF Filing System.

Dated at Madison, Wisconsin, December 17, 2024.

                                            STRANG BRADLEY, LLC

                                            /s/ R. Rick Resch
                                            R. Rick Resch
                                              Wisconsin Bar No. 1117722
                                            STRANG BRADLEY, LLC
                                            613 Williamson St., Suite 204
                                            Madison, WI 53703
                                            (608) 535-1550
                                            (608) 406-2602    facsimile
                                            Rick@StrangBradley.com