UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

NIKI ROBINSON AND PATRICK TOMLINSON,

    *Plaintiffs,*

    *v.*                                 Case No: 2:24-cv-264

CITY OF MILWAUKEE AND LYNDON EVANS,

    *Defendants.*

---

## JOINT MOTION FOR LEAVE TO FILE CROSS-MOTIONS FOR SUMMARY JUDGMENT

---

The parties, by their undersigned counsel, request this Court for leave to file cross-motions for summary judgment as required by this Court's pretrial order. (ECF #9).

The parties believe there is good cause for cross-motions because the body camera footage captures almost all of the substantive police activity at issue in this case, very few disputed facts are at issue in this case, and thus many of the claims at issue are appropriate for summary judgment. The parties believe the vast majority of claims, given the undisputed video evidence, can be appropriately decided by this Court either partially in favor of the plaintiffs on liability or fully in favor of the defendants.

If the Court grants leave for cross-motions, to avoid duplicative briefing, the parties propose a joint briefing schedule. The suggested schedule would be that Plaintiff files an initial motion and brief for summary judgment, Defendants file a response and cross-motion for summary judgment, Plaintiffs file a joint brief in response and reply, and finally, Defendants conclude on a reply brief.

STRANG BRADLEY, LLC

Dated: January 27, 2025

*s/ James Odell*
JAMES ODELL
State Bar No. 1131587
JOHN H. BRADLEY
State Bar No. 1053124
WILLIAM E. GRAU
State Bar No. 1117724
613 Williamson St., Suite 204
Madison, Wisconsin 53703
John@StrangBradley.com,
James@StrangBradley.com
William@StrangBradley.com
*Attorneys for Plaintiffs*


EVAN C. GOYKE
City Attorney

Dated: January 27, 2025

s/ *William Hotchkiss*
WILLIAM HOTCHKISS
Assistant City Attorney
State Bar No. 1112878
MARIA MESOLORAS
Assistant City Attorney
State Bar No. 1098921
*Attorneys for Defendants*