# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

NIKI ROBINSON and PATRICK TOMLINSON,

        Plaintiffs,

v.                                        Case No. 24-CV-00264

CITY OF MILWAUKEE, LYNDON EVANS,
CHRISTIAN GARRIDO, BRADLEY ORLANDO,
NICOLE PLEVAK, JOHN KOHLER,
JACOB WASECHEK, FIDAH MUSTAFA,
NATHANIEL PETERSEN, SEAN CARLETON,
and PAUL VENTO,

        Defendants.

---

## NOTICE OF WITHDRAWAL OF COUNSEL

---

      PLEASE TAKE NOTICE that Assistant City Attorney Maria Mesoloras will no longer be an attorney of record in the above-captioned case, and her name may be removed from the court's efiling distribution list.

      Dated and signed at Milwaukee, Wisconsin this 7th day of February, 2025.

                           EVAN C. GOYKE
                           City Attorney

                           s/ Maria Mesoloras
                           MARIA MESOLORAS
                           Assistant City Attorney
                           State Bar No. 1098921
                           *Attorneys for Defendants*

P.O. ADDRESS:
200 East Wells Street
City Hall 800
Milwaukee, WI 53202
414-286-2601 – Telephone
414-286-8550 – Facsimile
Email: mmesol@milwaukee.gov

1032-2024-394/296226