UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

NIKI ROBINSON AND
PATRICK TOMLINSON,

    *Plaintiffs,*

    *v.*

CITY OF MILWAUKEE, *et al.*,

    *Defendants.*

Case No. 2:24-cv-264

## DECLARATION OF R. RICK RESCH

I, R. Rick Resch, declare and state that:

1.     I am an attorney with Strang Bradley, LLC and one of the attorneys of record representing the Plaintiffs in the above-captioned case and I make this declaration based on personal knowledge.

2.     **Exhibit A** is a copy of the transcript from Patrick Tomlinson's deposition taken on February 6, 2025.

3.     **Exhibit B** is a copy of the transcript from Matthew Helwer's deposition taken on December 19, 2024.

4.     **Exhibit C** is a copy of the transcript from Niki Robinson's deposition taken on February 7, 2025.

5.     **Exhibit D** is a copy of the transcript from Adam Robakowski's deposition taken on December 18, 2024.

6. **Exhibit E** is a copy of Officer Adam Robakowski's police report after investigating a 911 call.

7. **Exhibit F** is a copy of the transcript from Carrie Pocernich's deposition taken on December 19, 2024.

8. **Exhibit G** is a copy of Carrie Pocernich's memorandum issued July 25, 2022.

9. **Exhibit H** is a copy of the transcript from Robert Thiel's deposition taken on February 21, 2025.

10. **Exhibit I** is a copy of the memorandum sent by Officer Molly Plumley on August 3, 2022.

11. **Exhibit J** is a copy of an email sent from Robert Thiel on August 14, 2022.

12. **Exhibit K** is a copy of the letter sent to Patrick Tomlinson on September 22, 2022, from the Fire and Police Commission.

13. **Exhibit L** is a copy of the CAD report from August 11, 2022.

14. **Exhibit M** is a copy of Lorenzo Hernandez's body worn camera from August 11, 2022.

15. **Exhibit N** is a copy of Nicole Plevak's body worn camera from August 11, 2022.

16. **Exhibit O** is a copy of Officer Parker Popp's body worn camera from August 12, 2022.

17. **Exhibit P** is a copy of Officer Souri Yang's body worn camera from September 22, 2022.

18. **Exhibit Q** is a copy of the CAD report from October 1, 2022.

2

19. **Exhibit R** is a copy of Fidah Mustafa's body worn camera from October 1, 2022.

20. **Exhibit S** is a copy of Matthew Helwer's body worn camera from October 1, 2022.

21. **Exhibit T** is a copy of Paul Terriquez's body worn camera from October 1, 2022.

22. **Exhibit U** is a copy of an email sent from Robert Thiel on February 21, 2023.

23. **Exhibit V** is a copy of the CAD report from March 20, 2023.

24. **Exhibit W** is a copy of the transcript from Lyndon Evans's deposition taken on January 23, 2025.

25. **Exhibit X** is a copy of Lyndon Evans's police report from March 20, 2023.

26. **Exhibit Y** is a copy of Christian Garrido's body worn camera from March 20, 2023.

27. **Exhibit Z** is a copy of two emails sent on March 22, 2023 and March 25, 2023. The first is sent by Sergeant Fawn Schwandt and the second is a response from Lieutenant Adam Zieger.

28. **Exhibit AA** is a copy of Nathaniel Petersen's body worn camera from April 11, 2023.

29. **Exhibit BB** is a copy of the CAD report from April 11, 2023.

30. **Exhibit CC** is a copy of Sean Carleton's body worn camera from April 11, 2023.

31. **Exhibit DD** is a copy of the CAD report from April 12, 2023.

32. **Exhibit EE** is a copy of Nathaniel Petersen's body worn camera from April 12, 2023.

33. **Exhibit FF** is a copy of the transcript from Nathaniel Petersen's deposition taken on January 14, 2025.

34. **Exhibit GG** is a copy of Officer Marcus Page's body worn camera from April 13, 2023.

35. **Exhibit HH** is a copy of Officer Paul Vento's body worn camera from April 17, 2023.

36. **Exhibit II** is a copy of the CAD report from April 17, 2023.

37. **Exhibit JJ** is a copy of the transcript from Paul Vento's deposition taken on January 15, 2025.

38. **Exhibit KK** is a copy of Dexter Lee's body worn camera from April 11, 2023.

39. **Exhibit LL** is a copy of Kevin Becker's body worn camera from April 11, 2023.

40. **Exhibit MM** is a copy of Devon Williams's body worn camera from April 11, 2023.

41. **Exhibit NN** is a copy of the transcript from Christian Garrido's deposition taken on January 15, 2025.

42. **Exhibit OO** is a copy of the transcript from Bradley Orlando's deposition taken on January 13, 2025.

43. **Exhibit PP** is a copy of Patrick Tivnan's body worn camera from August 11, 2022.

4

44. **Exhibit QQ** is a copy of Kelton McCowan's body worn camera from August 11, 2022.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 5, 2025,

                                       /s/ R. Rick Resch
                                       R. Rick Resch