



STRANG | BRADLEY LLC
TRIAL LAWYERS

R. Rick Resch
(608) 535-1550
Rick@StrangBradley.com

June 10, 2025

Clerk of Court's Office
U.S. District Court for the Eastern District of Wisconsin
517 E. Wisconsin Ave., Room 362
Milwaukee, WI 53202

    Re: *Robinson, et al., v. City of Milwaukee, et al.*
         E.D. Wis. Case No. 2:24-cv-264

Dear Clerk:

In support of the Plaintiffs' Motion for Partial Summary Judgment (Dkt. 63) in the above-captioned case, enclosed please find a USB drive containing the following exhibits to the Declaration of R. Rick Resch (Dkt. 67):

Exhibit M – #07 HERNANDEZ 13m32s.mp4
Exhibit N - #12 PLEVAK 12m23s.mp4
Exhibit O - #01 POPP 3m06s.mp4
Exhibit P - #01 YANG 7m15s.mp4
Exhibit R – PROPERTY_PICKUP_CAD_222741042_MUSTAFA_FIDAH_M.mp4
Exhibit S - #15 HELWER 8m53s.mp4
Exhibit T - #01 TERRIQUEZ 10m27s.mp4
Exhibit Y - #01 GARRIDO 12m44s.mp4
Exhibit AA - #01 PETERSEN 3m46s.mp4
Exhibit CC - #12 CARLETON 11m37s.mp4
Exhibit EE - #02 PETERSEN 6m17s.mp4
Exhibit GG - #01 PAGE 4m15s.mp4
Exhibit HH - #01 VENTO 5m8s.mp4
Exhibit KK - #06 LEE 10m09s.mp4
Exhibit LL - #10 BECKER 16m56s.mp4
Exhibit MM - #08 WILLIAMS 9m01s.mp4
Exhibit PP - #17 TIVNAN 4m20s.mp4
Exhibit QQ - #15 MCCOWAN 4m21s.mp4