## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

NIKI ROBINSON and PATRICK TOMLINSON,

        Plaintiffs,

v.                                  Case No.: 2024CV00264

CITY OF MILWAUKEE, et al.,

        Defendants.

## CIVIL L.R. 7(h) EXPEDITED NON-DISPOSITIVE, UNOPPOSED MOTION TO ADJOURN THE JURY TRIAL DATE

**NOW COMES** the Defendant, City of Milwaukee, by and through counsel, Evan C. Goyke, City Attorney, represented by William K. Hotchkiss, Assistant City Attorney, hereby moves this Honorable Court pursuant to Civil L.R. 7(h), to adjourn the jury trial date in the Court's present Trial Scheduling Order. In support of this motion, Defendant states:

1.      On March 26, 2026, the Court issued an Order on the Parties' cross motions for summary judgment. *See* ECF No.74

2.      On March 26, 2026, the Court issued a Trial Scheduling Order setting a Final Settlement Report due by April 24, 2026; Motions in Limine and Rule 702 Motions due by May 1, 2026; Final/Joint Pretrial Report due by 2:00 p.m. on May 6, 2026; a Final Pretrial Conference on May 12, 2026; and the Jury Trial set to begin on June 8, 2026. *See* ECF No.75

3.      Assistant City Attorney William Hotchkiss, Counsel for Defendant City of Milwaukee, states that his wife is pregnant with their first child.

4.      ACA Hotchkiss' wife has a due date of May 31, 2026.

5.  As such, ACA Hotchkiss will be caring for his wife and child and unable to attend and represent the City of Milwaukee on June 8, 2026.

6.  ACA Hotchkiss notified Counsel for Plaintiffs, who indicated that he does not oppose this motion.

## CONCLUSION

For these reasons, Defendant respectfully requests that this Court adjourn the jury trial date of June 8, 2026 in this matter.

Dated and signed at Milwaukee, Wisconsin on the 27th day of March, 2026.

EVAN C. GOYKE
City Attorney

By: *s/ William K. Hotchkiss*
WILLIAM K. HOTCHKISS
Assistant City Attorney
State Bar No. 1112878
Attorneys for Defendant City of Milwaukee

**ADDRESS:**
200 East Wells Street
City Hall 800
Milwaukee, WI  53202
Telephone: (414) 286-2601
Email: *whotch@milwaukee.gov*

1032-2024-394:00000000001954

2