UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

NIKI ROBINSON AND
PATRICK TOMLINSON,

     *Plaintiffs,*

     *v.*                         Case No: 2:24-cv-264

CITY OF MILWAUKEE,

     *Defendant.*

---

## NOTICE OF APPEARANCE OF JACOB A. IDLAS

---

     PLEASE TAKE NOTICE that Strang Bradley, LLC, by Jacob A. Idlas, has been retained as counsel for Niki Robinson and Patrick Tomlinson, in the above-captioned action and hereby requests that all pleadings and other documents to be filed with the Court be served on counsel via the ECF Filing System.

     Dated at Madison, Wisconsin, April 3, 2026.

                          STRANG BRADLEY, LLC

                          /s/ Jacob A. Idlas
                          Jacob A. Idlas
                            Wisconsin Bar No. 1078457
                          STRANG BRADLEY, LLC
                          613 Williamson St., Suite 204
                          Madison, WI 53703
                          (608) 535-1550
                          (608) 406-2602     facsimile
                          Jack@StrangBradley.com