NIKI ROBINSON AND
PATRICK TOMLINSON,

          Plaintiffs,

vs.                                                                      Case No. 2:24-cv-264

CITY OF MILWAUKEE, *et al.*,

          Defendants.

## CITY OF MILWAUKEE'S NOTICE OF MOTION AND MOTION FOR RECONSIDERATION

PLEASE TAKE NOTICE that the City of Milwaukee, through its attorney, Evan Goyke, City Attorney, by William Hotchkiss, Joshua Cronin and Matteo Reginato, Assistant City Attorneys, respectfully moves the Court to reconsider the portion of its March 26, 2026 Summary Judgment Decision (Dkt. 74) denying dismissal of the *Monell* claim.

This Motion is made pursuant to Fed. R. Civ. P. 54(b) and is based on the pleadings and papers on file, and the City of Milwaukee's Brief in Support of its Motion for Reconsideration.

Dated at Milwaukee, Wisconsin this 14th day of April, 2026.

          **EVAN C. GOYKE**
          City Attorney, City of Milwaukee
          Attorneys for Defendants

          */s/ Matteo Reginato*
          WILLIAM HOTCHKISS
          Assistant City Attorney
          State Bar No. 1112878
          MATTEO REGINATO
          Assistant City Attorney
          State Bar No. 1089724
          JOSHUA B. CRONIN

1

Assistant City Attorney
State Bar No. 1064324
800 City Hall
200 E. Wells St.
Milwaukee, WI 53202
Phone: (414) 286-2601
Fax: (414) 286-8014
whotch@milwaukee.gov
mreginato@milwaukee.gov
jbcronin@milwaukee.gov

2