UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

NIKI ROBINSON, ET AL.

    *Plaintiffs,*

    *v.*                          Case No: 2:24-cv-264

CITY OF MILWAUKEE,

    *Defendant.*

## CIVIL L. R. 7(h) EXPEDITED NON-DISPOSITIVE MOTION FOR LEAVE TO TAKE ADDITIONAL DEPOSITIONS

The Plaintiffs, by their undersigned counsel, move this Court for an Order, pursuant to FED. R. CIV. P. 30(a)(2)(A)(i) granting leave to take 15 additional depositions. Plaintiff has already taken over 10 depositions in this case.

Pursuant to Rule (30)(a)(2), a party must obtain leave of court, and the court must grant leave to the extent consistent with Rule 26(b)(1) and (2), if the parties have not stipulated to the deposition and the deposition would result in more than 10 depositions being taken under this rule or Rule 31. FED. R. CIV. P 30(a)(2)(A)(i).

Counsel for Plaintiffs were initially under the impression that counsel for the parties in this case would work together to stipulate to the authenticity and foundation of Milwaukee Police Officer BWC videos that Defendant produced to Plaintiffs in discovery, such that each officer would not need to be called at trial for the purpose of entering a video into evidence. Resch Decl, ¶¶3–9.

Yesterday, however, during a Zoom meeting among counsel to work through the parties' pretrial filings, counsel for the Defendant informed counsel for Plaintiffs that they would only

stipulate to the authenticity and foundation of the Milwaukee Police Officer BWC videos depicting the six interactions in which this Court has found constitutional violations or potential constitutional violations. But they would not similarly stipulate to the authenticity and foundation of the Milwaukee Police Officer BWC videos depicting other instances of officers interacting with Plaintiffs and Plaintiffs' house. *Id.*, ¶¶11–19.

Plaintiffs therefore make two requests for leave to take additional depositions.

**A. Thirteen 15-minute Depositions of Officers**

First, Plaintiffs seek to take 13 Zoom depositions, 15 minutes each, under Rule 30, solely of Milwaukee Police Officers to authenticate their own body-worn camera (BWC) videos to be introduced at trial, in compliance with the Court's Trial Scheduling Order prohibiting parties from calling witnesses who have not previously given statements under oath or penalty of perjury in the case. ECF 75 at 3. Those officers are Stephen Witkowski, Stephon Bell, Zachariah Wilber, Richard Michalak, Elliott Barta-Sanders, Souri Yang, Matthew Anderson, Tanya Rosales, Devon Williams, Douglas Anderer, Ryan Bollogh, Marcus Page, and Brian Wunder.

**B. Alternatively, a Modification to the Court's Trial Scheduling Order**

In the alternative to this request, Plaintiffs seek an Order from the Court modifying its Trial Scheduling Order to allow Plaintiffs to call City of Milwaukee employees as witnesses at trial to authenticate and lay the foundation for records that Defendant produced to Plaintiffs in discovery, without first obtaining their sworn testimony.

**C. Two Additonal Depositions**

Second, Plaintiffs seek to take two brief Rule 30 oral depositions related to an exhibit Plaintiffs intend to introduce at trial.

Plaintiffs seek leave to take two additional oral depositions of City of Milwaukee employees who can authenticate and answer questions related to emails Plaintiffs intend to introduce at trial. The prospective deponents are Chief of Police Jeffrey B. Norman and his Chief of Staff Heather Hough. The email exchange occurred between Ms. Hough and now-deceased former Alderman Jonathan Brostoff, who forwarded complaints from Plaintiffs and demanded action. Even if Mr. Brostoff were available to authenticate the emails, he could not testify as to actions taken or not taken by Ms. Hough and Chief Norman. These would both be brief Zoom depositions, lasting less than an hour each.

Plaintiffs provided a copy of this motion to Defendant to attempt to resolve this dispute without Court intervention, but the parties were unable to do so.

Wherefore, the Plaintiff respectfully requests that this Court issue an Order, pursuant to FED. R. CIV. P. 30(a)(2)(A)(i), granting Plaintiffs leave to take 15 additional depositions.

Respectfully submitted,

Dated: 22 April 2026

STRANG BRADLEY, LLC
Attorneys for Plaintiff

/s/ John H. Bradley
John H. Bradley
  Wisconsin Bar No. 1053124
R. Rick Resch
  Wisconsin Bar No. 1117722
Jacob A. Idlas
  Wisconsin Bar No. 1078457
STRANG BRADLEY, LLC
613 Williamson St., Suite 204
Madison, WI 53703
(608) 535-1550
John@StrangBradley.com
Rick@StrangBradley.com
Jack@StrangBradley.com