# Ryckman, Katie

| | |
|---|---|
| **From:** | Hough, Heather |
| **Sent:** | Thursday, March 23, 2023 12:40 PM |
| **To:** | Formolo, Paul J;Simmert II, Phillip;Klein, Roberta |
| **Cc:** | Lough, Paul |
| **Subject:** | RE: Ongoing SWATTing and stalking of our home and persons |

Thanks so much!  Teams link sent….

FYI I will be on briefly to make introductions but then need to log off for FPC

**From:** Formolo, Paul J <pformo@milwaukee.gov>
**Sent:** Thursday, March 23, 2023 12:39 PM
**To:** Simmert II, Phillip <psimme@milwaukee.gov>; Hough, Heather <hehoug@milwaukee.gov>; Klein, Roberta <rklein@milwaukee.gov>
**Cc:** Lough, Paul <plough@milwaukee.gov>
**Subject:** RE: Ongoing SWATTing and stalking of our home and persons

Thank you Phil and Roberta!

**Paul Formolo | Assistant Chief**
Criminal Investigation Bureau
City of Milwaukee Police Department
Office Phone: (414) 935-7832
Email: pformo@milwaukee.gov

749 W. State St.
Milwaukee, WI 53233

**From:** Simmert II, Phillip <psimme@milwaukee.gov>
**Sent:** Thursday, March 23, 2023 12:38 PM
**To:** Hough, Heather <hehoug@milwaukee.gov>; Formolo, Paul J <pformo@milwaukee.gov>; Klein, Roberta <rklein@milwaukee.gov>
**Cc:** Lough, Paul <plough@milwaukee.gov>
**Subject:** Re: Ongoing SWATTing and stalking of our home and persons

I spoke with Cpt klein and we both can do it.

Respectfully,

Captain Phil Simmert
Milwaukee Police Department
Fusion Division
414-935-7703
psimme@milwaukee.gov

**From:** Hough, Heather <hehoug@milwaukee.gov>
**Sent:** Thursday, March 23, 2023 12:37 PM

Case 2:24-cv-00264-JPS    Filed 04/27/26    Page 1 of 6    Document 86    MPD - Johnson 006457

**To:** Formolo, Paul J <pformo@milwaukee.gov>; Klein, Roberta <rklein@milwaukee.gov>
**Cc:** Lough, Paul <plough@milwaukee.gov>; Simmert II, Phillip <psimme@milwaukee.gov>
**Subject:** RE: Ongoing SWATTing and stalking of our home and persons

Captains Klein and Simmert – Alderman Brostoff says he could do a 5 p.m. Teams meeting tonight, please let me know if you are available and I will set up the Teams meeting.

**From:** Formolo, Paul J <pformo@milwaukee.gov>
**Sent:** Thursday, March 23, 2023 12:19 PM
**To:** Klein, Roberta <rklein@milwaukee.gov>; Hough, Heather <hehoug@milwaukee.gov>
**Cc:** Lough, Paul <plough@milwaukee.gov>; Simmert II, Phillip <psimme@milwaukee.gov>
**Subject:** RE: Ongoing SWATTing and stalking of our home and persons

Thank you, but a Captain or higher will be briefing our Aldermen.

**Paul Formolo | Assistant Chief**
Criminal Investigation Bureau
City of Milwaukee Police Department
Office Phone: (414) 935-7832
Email: pformo@milwaukee.gov

749 W. State St.
Milwaukee, WI 53233

**From:** Klein, Roberta <rklein@milwaukee.gov>
**Sent:** Thursday, March 23, 2023 12:13 PM
**To:** Formolo, Paul J <pformo@milwaukee.gov>; Hough, Heather <hehoug@milwaukee.gov>
**Cc:** Lough, Paul <plough@milwaukee.gov>; Simmert II, Phillip <psimme@milwaukee.gov>
**Subject:** Re: Ongoing SWATTing and stalking of our home and persons

To all,

Heather WRIGHT (FBI) and Detective Brendan DOLAN from the FBI Taskforce are well versed on this investigation as well.

-R-

**From:** Formolo, Paul J <pformo@milwaukee.gov>
**Sent:** Thursday, March 23, 2023 11:44 AM
**To:** Hough, Heather <hehoug@milwaukee.gov>
**Cc:** Lough, Paul <plough@milwaukee.gov>; Simmert II, Phillip <psimme@milwaukee.gov>; Klein, Roberta <rklein@milwaukee.gov>
**Subject:** RE: Ongoing SWATTing and stalking of our home and persons

Are you able to set up a virtual meeting with him. Roberta and Simmert can brief him up,

**Paul Formolo | Assistant Chief**
Criminal Investigation Bureau
City of Milwaukee Police Department
Office Phone: (414) 935-7832
Email: pformo@milwaukee.gov

MPD - Johnson 006458

749 W. State St.
Milwaukee, WI 53233

**From:** Hough, Heather <hehoug@milwaukee.gov>
**Sent:** Thursday, March 23, 2023 11:42 AM
**To:** Formolo, Paul J <pformo@milwaukee.gov>
**Subject:** RE: Ongoing SWATTing and stalking of our home and persons

I would love the assistance.

**From:** Formolo, Paul J <pformo@milwaukee.gov>
**Sent:** Thursday, March 23, 2023 11:21 AM
**To:** Hough, Heather <hehoug@milwaukee.gov>
**Subject:** RE: Ongoing SWATTing and stalking of our home and persons

Heather,

Let me know if you need help explaining this matter to the Alderman. I can have Simmert assist. This is quite complicated.

**Paul Formolo | Assistant Chief**
Criminal Investigation Bureau
City of Milwaukee Police Department
Office Phone: (414) 935-7832
Email: pformo@milwaukee.gov

749 W. State St.
Milwaukee, WI 53233

**From:** Brostoff, Jonathan <Jonathan.Brostoff@milwaukee.gov>
**Sent:** Wednesday, March 22, 2023 3:00 PM
**To:** Hough, Heather <hehoug@milwaukee.gov>
**Cc:** Formolo, Paul J <pformo@milwaukee.gov>
**Subject:** RE: Ongoing SWATTing and stalking of our home and persons

Heather,
Just wanted to follow up on this, thanks!

**From:** Brostoff, Jonathan
**Sent:** Monday, March 20, 2023 7:05 PM
**To:** Hough, Heather <hehoug@milwaukee.gov>
**Cc:** Formolo, Paul J <pformo@milwaukee.gov>
**Subject:** Re: Ongoing SWATTing and stalking of our home and persons

Thanks. This is horrible and needs to be stopped.

In service,
-Jonathan

On Mar 20, 2023, at 17:45, Hough, Heather <hehoug@milwaukee.gov> wrote:

Alderman we are looking into this and I'll get you more info once I have it.

> On Mar 20, 2023, at 5:11 PM, Brostoff, Jonathan <Jonathan.Brostoff@milwaukee.gov> wrote:
>
> Thanks for the follow up and I'm so sorry y'all are going through this. It's beyond horrific.
>
> I've been in touch with Heather from MPD about finding potential solutions since this weekend and hope to have answers soon.
>
> In service,
> -Jonathan
>
>> On Mar 20, 2023, at 16:18, Niki Robinson <niki333@gmail.com> wrote:

You don't often get email from niki333@gmail.com. Learn why this is important

Hello Mr. Brostoff,

After being SWATted Thursday, Friday, Saturday night at 2:30am, a bomb threat to Hooligans Bar on Sunday - we have once again been SWATted at 3pm today, making this the 18th SWAT incident - 4 in just 5 days (+ the bomb threat).

My EXTREME frustration is in that the cops refuse to enact a plan of action that benefits us, the victims of crime.

**Instead, at every turn, they do what benefits our stalkers, literal felons.**

Despite all of these fake calls, the Sargeant insisted on ENTERING OUR HOME today, even though they are WELL aware these calls are fake.

What happens if I tell the police they cannot enter my home? Will they arrest me? Because we got really close to that happening today, but they put their foot in the door so I could not close it. If Patrick would've been home, I have no doubt things would've escalated. We are at our wits end. It is unreasonable to expect us to fall in line because **the stalkers tell the cops what to do**.

One solution would be to have a code word - they can call us and we can give them the code word and tell them everything is fine.

The best solution, of course, would be CATCHING THEM and making them STOP.

I don't know if there is anything you can do, but at minimum, we need more awareness around these types of crimes. MPD's handling of this situation has been an absolute mess from the very beginning.

Thank you so much for your time - we really appreciate it,
Niki

On Sun, Mar 19, 2023 at 2:19 PM Patrick Tomlinson <patrickstomlinson@gmail.com> wrote:

> Mr. Brostoff,
>
> At 2:35am this morning, my wife and I's home was SWATTed for the 17th time by our stalkers, the third time in four days after identical incidents on both Thursday and Friday. This has been a constant problem for us happening fifteen times in the last nine months. I've been handcuffed naked on our front porch at 1am with half a dozen guns pointed at my head, and Niki has been ordered down our front steps from TAC officers stacked up behind a ballistic shield pointing assault rifles and shotguns at her. Our story has been on every local news channel. Yet MPD and now the Fire Department continue to send units, uniforms, and trucks to our residence, only helping our stalkers retraumatize and disrupt our lives and privacy further as their lights and sirens flash on the street outside our home, day and night.
>
> We continue to send reports, evidence, and even names into both the MPD and FBI, but we are met with total radio silence. It feels like shouting into a black hole. We have had no response as to why our KNOWN stalker, Daniel W Mullen of Massachusetts who actually traveled to Milwaukee back in October to physically stalk and film us, hasn't been so much as questioned by any member of law enforcement yet, to say nothing of being arrested.
>
> Further, the person who runs the cyberstalking website dedicated to harboring and platforming the criminals terrorizing us is now moving to domesticate more than $40,000 of legal fees from the CA case where we attempted to unmask and identify him and his users stalking us. This could very well see us go bankrupt to the very people obsessively SWATTing our home and sending death/bomb threats, including the bomb threat that necessitated the evacuation of the Riverside Theater during a Patty LaBelle

MPD - Tomlinson 006461

performance which made national news a couple months ago.

We have zero indication or confidence anything is being done by any level of the law enforcement investigations, while our stalkers only grow more emboldened to escalate further. They're routinely threatening to come directly to our home now to do us violent harm.

We feel like we're recording evidence for our own future murder cases, and our anxiety is going through the roof. Our mental health is suffering. We're having trouble just functioning on a day to day basis with this unrelenting stress and harassment.

--
Sincerely,

Patrick S. Tomlinson

Follow me on Twitter, Instagram and subscribe to my email list on my website.