**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

NIKI ROBINSON AND
PATRICK TOMLINSON,

          Plaintiffs,

vs.                                      Case No. 2:24-cv-264

CITY OF MILWAUKEE, *et al.*,

          Defendants.

---

## STIPULATIONS OF FACT

---

This stipulation is for the purpose of providing a summary of dates where members of the Milwaukee Police Department responded to the Plaintiffs' home for calls made by parties other than Mr. Tomlinson and Ms. Robinson. The parties stipulate that the following dates and descriptions are evidence to be referenced by either side in helping the jury understand the timeline. The parties further stipulate that no other testimony or exhibits (including but not limited to video evidence) will be introduced regarding these dates (with the exception of Counts A-F).

1. On May 21, 2020, Officers Michalak, Tipton, and Duerr responded to Plaintiffs' home for a report of someone who saw a Craigslist post advertising meat from a child who was grinded up in the basement. Officers spoke with Mr. Tomlinson and Ms. Robinson and left.

2. On July 25, 2022, Officers Echevarria, Hernandez-Maestre, Kulcinski, Boddie, Ballogh, Sanders-Barta, Arredondo responded to Plaintiffs' home for a report that a man caught his wife in bed with another man and killed them both. Mr. Tomlinson was detained as Officers entered the home to determine if anyone was harmed.

3. August 11, 2022 is Count A.

Exhibit A

4. On September 22, 2022, Officer Yang and Sgt. Pautzke responded to Plaintiffs' home after a caller indicated that he (the caller) shot his wife, is planning to shoot himself, and has a firearm. Officer Yang and Sgt. Pautzke spoke with Plaintiffs and left.

5. October 1, 2022 is Count B.

6. On November 4, 2022, Officers Kohler, Williams, Yang, Carrillo, Tivnan, and Sgt. Schilcher responded to Plaintiffs' home for a report of a shooting. The report came through the Veteran's Affair's Crisis Line. Officers spoke with Ms. Robinson and Mr. Tomlinson and left.

7. On November 30, 2022, Officers Rosales and Rueda responded to Plaintiffs' home for a report of a battery. Officers Rosales and Rueda spoke with Ms. Robinson and left.

8. On December 4, 2022, Officers Kohler, Dudley, Mustafa, and Sgt. Pautzke responded to Plaintiffs' home for a report of a subject who tried to give himself a sex change and is bleeding everywhere. Officers spoke with Mr. Tomlinson and Ms. Robinson and left.

9. On December 31, 2022, Officers Williams, McCowan, and Sgt. Pautzke responded to Plaintiffs' home for a report of Patrick Tomlinson being suicidal and shooting his wife. The call came in through the Veteran's Crisis Line. Officers spoke with Ms. Robinson and left.

10. On January 3, 2023, Officers Williams, Yang, Bernero, and Sgt. Kirkvold responded to Plaintiffs' home for a report from WE Energies stating that a subject is having trouble breathing. Officer Williams spoke to Ms. Robinson and left.

11. On February 15, 2023, Officers Ballogh, Sanders-Barta, Sloans, and Sgt. Rice responded to Plaintiffs' home for a report of a caller stating that he (the caller) shot his wife and is

2

Exhibit A

going to shoot himself. The call came in through the Veterans' Crisis Line. Officers spoke with Mr. Tomlinson and Ms. Robinson and then left.

12. On March 16, 2023 Officers Rosales, Anderer, and Sgt. Pocernich responded to Plaintiffs' home for a report that a man shot his wife and is going to kill himself. The call came in through the Veteran's Crisis Line. Officers spoke with Mr. Tomlinson and Ms. Robinson and left.

13. On March 17, 2023, Officers Rosales, Yang, and Sgt. Pocernich responded to Plaintiffs' home for a report that the caller stated he (the caller) killed his wife and lover and would be killing himself. The call came in through the Suicide Prevention Line. Officers spoke with Mr. Tomlinson and Ms. Robinson and left.

14. On March 19, 2023, Officers Ballogh and Sanders-Barta were dispatched for a report of a person injuring himself in an attempted sex change surgery. Officers spoke with Milwaukee Fire Department who arrived first and left.

15. Count C is March 20, 2023.

16. On March 26, 2023, Officer Chadwick and Sgt. Kulenovic responded to Plaintiffs' home for a report of a caller stating that the caller killed his wife because he (the caller) caught her in bed with another man. The call came in through Impact 211. Sgt. Kulenovic attempted to call Mr. Tomlinson and Ms. Robinson, and there was no answer. Sgt. Kulenovic then spoke with Mr. Tomlinson through the exterior camera and left.

17. On March 28, 2023, Officers Ballogh, Hughes, and Sgt. Rice responded to Plaintiffs' home for a report of a caller stating that he (the caller) shot his boyfriend and was going to shoot himself. Officer Ballogh left a contact card at the home and left.

Exhibit A

18. On April 3, 2023, Officers Page, Rueda, and Sgt. Pocernich respond to Plaintiffs' home for a report of a caller stating that he (the caller) shot his girlfriend and had pipe bombs in the home. The call came in through the Suicide/Crisis Hotline. Sgt. Pocernich spoke with Tomlinson through the exterior camera and left.

19. On April 3, 2023, Officer Garrido and Sgt. Wilke responded to Plaintiffs' home for a report of a caller stating that he (the caller) shot his girlfriend and is going to shoot himself and anyone who approaches the home. Officer Garrido spoke with Ms. Robinson and left.

20. On April 11, 2023, Officers Petersen, Roecker, and Sgt. Pagacz responded to Plaintiffs' home for a report that a male shot his wife and took a hostage with pipe bombs in the house. The call came through the Wisconsin Life Line Operator. Officers Petersen and Roecker spoke to Mr. Tomlinson through the exterior camera and left.

21. On April 11, 2023, Officer Petersen responded to Plaintiffs' home for a report that a person caught his girlfriend cheating and was going to end her life. Officer Petersen spoke to Ms. Robinson by phone and left.

22. On April 11, 2023, Officer Wunder and Sgt. Simonson responded to Plaintiffs' home for a report of a caller stating that he (the caller) killed his parents with an AR-15, and is now planning to kill himself. Officer Wunder spoke to Mr. Tomlinson and left.

23. Count D is on April 11, 2023.

24. Count E is on April 12, 2023.

25. On April 12, 2023, Sgt. Schwandt responded to Plaintiffs' home for a report of a caller stating he (the caller) saw his wife cheating and shot them both in the head. The call came through a Crisis Hotline. Sgt. Schwandt spoke to Ms. Robinson by phone and observed Mr. Tomlinson in the backyard and left.

4

Exhibit A

26. On April 12, 2023, Sgt. Waldenmeyer responded to Plaintiffs' home for a report of a caller stating he (the caller) saw his wife cheating, shot both of them, and now has a gun to his head. Sgt. Waldenmeyer spoke with the Plaintiffs and left.

27. On April 13, 2023, Officer Page and Sgt. Benitez responded to Plaintiffs' home for a report of a caller stating he (the caller) shot his girlfriend and the man she was cheating on him with. Officer Page and Sgt. Benitez spoke with Mr. Tomlinson and left.

28. Count F is on April 17, 2023.

Exhibit A