**EVAN C. GOYKE**
City Attorney

**MARY L. SCHANNING**
**ROBIN A. PEDERSON**
**NAOMI E. SANDERS**
**JULIE P. WILSON**
Deputy City Attorneys



Milwaukee City Hall • 200 East Wells Street • Milwaukee, Wisconsin 53202-3551
Telephone: 414.286.2601 • TDD: 414.286.2025 • Fax: 414.286.8550

KATHRYN Z. BLOCK
THOMAS D. MILLER
PETER J. BLOCK
ANDREA J. FOWLER
JOANNA FRACZEK
HANNAH R. JAHN
MEIGHAN M. ANGER
ALEXANDER R. CARSON
GREGORY P. KRUSE
ALEX T. MUELLER
ALEXANDER D. COSSI
KATHERINE A. HEADLEY
SHEILA THOBANI
STACY J. MILLER
JORDAN M. SCHETTLE
THERESA A. MONTAG
ALEXANDER E. FOUNDOS
TRAVIS J. GRESHAM
KYLE W. BAILEY
JOSEPH M. DOBBS
WILLIAM K. HOTCHKISS
CLINT B. MUCHE
TYLER M. HELSEL
ZACHARY A. HATFIELD
MEGHAN C. MCCABE
CYNTHIA HARRIS ORTEGA SANTANA
KEVIN P. TODT
NATHANIEL E. ADAMSON
MATTEO REGINATO
JOSHUA B. CRONIN
ROBERT W. SANDERS
ELIZABETH K. MILES
LAURI A. ROLLINGS
Assistant City Attorneys

May 4, 2026

The Honorable J.P. Stadtmueller
United States District Court - Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 425
Milwaukee, WI  53202

Re:     *Niki Robinson and Patrick Tomlinson v. City of Milwaukee, et al.*
        Eastern District of Wisconsin, Case No.: 2024CV00264

Dear Judge Stadtmueller:

My office represents the City of Milwaukee in the above-referenced lawsuit.  I am submitting this letter to notify the Court that the parties have reached a settlement for dismissal of all claims in the above-referenced matter.  The parties are finalizing the necessary settlement documents and will submit a stipulation for dismissal with the Court shortly.

At this time, the parties respectfully ask the Court to remove all remaining dates/deadlines from its calendar, including the Final Pretrial Conference date and all trial dates.

Respectfully,

*s/ Matteo Reginato*

MATTEO REGINATO