# STRANG | BRADLEY LLC
### TRIAL LAWYERS



Jack Idlas
(608) 535-1550
Jack@StrangBradley.com

May 13, 2026

Hon. JP Stadtmueller
UNITED STATES DISTRICT COURT
  EASTERN DISTRICT OF WISCONSIN
517 E. Wisconsin Avenue
Milwaukee, Wisconsin 53202

RE:   *Robinson, et al. v. City of Milwaukee*, No. 24-cv-264-JPS
      **Joint Status Update and Request to Extend Dismissal Deadline**

Dear Judge Stadtmueller,

I write to update the Court on the status of the parties' settlement and to request an extension of time for the parties to file the dismissal paperwork.

The parties reached a settlement on May 4, 2026. Plaintiffs will receive $575,000 in exchange for a release and dismissal with prejudice. The settlement, however, must be approved by the City of Milwaukee Common Council. This will also require the City of Milwaukee to authorize an increase in funding for its budgetary allotment for litigation settlements. The City anticipates that this process will take about 90 days from the date of our May 4, 2026, agreement, after which the parties will submit a joint stipulation for dismissal with prejudice. The parties therefore jointly request that the Court extend the deadline to file the dismissal stipulation to August 14, 2026.

I have sent a draft of this letter to Assistant City Attorney Joshua Cronin, and he has authorized me to state that the City of Milwaukee agrees with this letter and the request to extend the dismissal deadline.

Sincerely,

STRANG BRADLEY, LLC

Jack Idlas