**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

NIKI ROBINSON AND
PATRICK TOMLINSON,

         Plaintiffs,

vs.                                    Case No. 2:24-cv-264

CITY OF MILWAUKEE, *et al.*,

         Defendants.

**STIPULATION FOR DISMISSAL**

    **IT IS HEREBY STIPULATED**, by and between all parties, through their respective attorneys, that Plaintiffs' claims against Defendants may be dismissed under Rule 41, and the same may upon presentation of this stipulation to the Court, be dismissed on the merits, with prejudice, and without costs to any party. FED. R. CIV. P. 41(a)(1)(ii).

    Dated at this 28th day of July, 2026.

                                   **EVAN C. GOYKE**
                                   City Attorney, City of Milwaukee
                                   Attorneys for Defendants

                                   */s/ Joshua Cronin*
                                   WILLIAM HOTCHKISS
                                   Assistant City Attorney
                                   State Bar No. 1112878
                                   MATTEO REGINATO
                                   Assistant City Attorney
                                   State Bar No. 1089724
                                   JOSHUA B. CRONIN
                                   Assistant City Attorney
                                   State Bar No. 1064324
                                   800 City Hall
                                   200 E. Wells St.
                                   Milwaukee, WI 53202

1

Phone: (414) 286-2601
Fax: (414) 286-8014
whotch@milwaukee.gov
mreginato@milwaukee.gov
jbcronin@milwaukee.gov

Dated at this 28th day of July, 2026.

**STRANG BRADLEY, LLC**,
Attorneys for Plaintiffs

*/s/ Jacob A. Idlas*
John H. Bradley
Wisconsin Bar No. 1053124
R. Rick Resch
Wisconsin Bar No. 1117722
Jacob A. Idlas
Wisconsin Bar No. 1078457
613 Williamson St., Suite 204
Madison, Wisconsin 53703
(608) 535-1550
John@StrangBradley.com
Rick@StrangBradley.com
Jack@StrangBradley.com

2